| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:98CR00034-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** RECEIVED 12/21/05 | | DOCKET NUMBER *(Rec. Court)* 4:05CR40008 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Barry Kottler 147 Wilder Road Bolton, MA 01740 | DISTRICT EASTERN DISTRICT OF WASHINGTON | DIVISION Spokane |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Fred Van Sickle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 6, 2003 | TO October 5, 2008 |

OFFENSE

Shipping Child Pornography in Interstate Commerce and Aggravated Sexual Abuse

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF WASHINGTON"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 18, 2005
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb 16, 2005
*Effective Date*

*William G. Young*
*United States District Judge*